

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUSTIN FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 4:19-CV-00901 |
| PEP BOYS – MANNY, MOE & JACK | ) | |
| OF DELAWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff, JUSTIN FERGUSON ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, PEP BOYS – MANNY, MOE & JACK OF DELAWARE, INC.

Plaintiff and Defendant, PEP BOYS – MANNY, MOE & JACK OF DELAWARE, INC., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal of Defendant with Prejudice once the agreement is finalized. Plaintiff and Defendant request forty-five (45) days within which to file its dismissal documents.

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279

Respectfully submitted this 20th day of November, 2019.

Law Offices of
LIPPE & ASSOCIATES

Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed

electronically using the CM/ECF system on  this 20th day of November, 2019.

Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates