NORTHERN DISTRICT OF TEXAS
FILED
NOV 26 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUSTIN FERGUSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-901-A |
| | § | |
| PEP BOYS - MANNY, MOE & JACK OF DELAWARE, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference/hearing with counsel for plaintiff and counsel for defendant on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Justin Ferguson, against defendant, Pep Boys-Manny, Moe & Jack of Delaware, Inc., be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED November 26, 2019.

_____
JOHN McBRYDE
United States District Judge